

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00128-CR
### NO. 02-16-00129-CR

MOHAMMED SHAFIQUE                                    APPELLANT

V.

THE STATE OF TEXAS                                        STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 4 OF TARRANT COUNTY
TRIAL COURT NOS. C-4-009777-0934399-A, C-4-010479-0970661-A

----------

## MEMORANDUM OPINION[1]

----------

Appellant Mohammed Shafique filed notices of appeal, complaining of the court of criminal appeals' orders denying his post-conviction applications for writs of habeas corpus based on the convicting trial court's findings and conclusions. *See* Tex. Code Crim. Proc. Ann. art. 11.07, § 5 (West 2015). We notified Appellant that it appeared we did not have jurisdiction over his attempted appeals

---

[1]*See* Tex. R. App. P. 47.4.

and that we would dismiss his appeals unless he filed a response by April 18, 2016, showing grounds to continue them. *See* Tex. R. App. P. 44.3. Appellant did not respond. We do not have jurisdiction to review the court of criminal appeals' post-conviction denials of his applications for writs of habeas corpus. *See* Tex. Code Crim. Proc. Ann. art. 11.07, § 3; *Gonzalez v. State*, No. 13-15-00334-CR, 2015 WL 5258747, at *1 (Tex. App.—Corpus Christi Sept. 3, 2015, pet. dism'd, untimely filed) (mem. op., not designated for publication). Accordingly, we dismiss these appeals for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

/s/ Lee Gabriel

LEE GABRIEL
JUSTICE

PANEL: LIVINGSTON, C.J.; GABRIEL and SUDDERTH, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: May 12, 2016